UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **2:26-cv-03931-MCS-E** | Date | April 30, 2026 |
|---|---|---|---|
| Title | *Taruc v. Schellack* | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court ordered Plaintiff to show cause why the ADA claim should not be dismissed for lack of standing. (OSC, ECF No. 13.) Plaintiff filed a brief and declaration in response. (OSC Resp., ECF No. 17; Taruc Decl., ECF No. 17-1.) The response relies on representations about Plaintiff's intent to return to Defendants' business presented in the declaration, but the declaration is unsigned.

The Court orders Plaintiff to show cause why the declaration should not be stricken under Federal Rule of Civil Procedure 11(a), and why the Court should not dismiss the case for want of standing given the lack of evidence or allegations supporting Plaintiff's position on standing. Plaintiff may satisfy the order to show cause by filing a signed version of the declaration within three days. Failure to comply will result in dismissal without further warning.

**IT IS SO ORDERED.**